# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 3, 2014

## NO. 03-13-00774-CV

**Xerox State and Local Solutions, Inc. and Ralston Russell, Appellants**

**v.**

**Stellargy Services, LLC, Appellee**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the order signed by the trial court on October 28, 2013. Appellants have filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.